IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT BAKER<br>5003 Portage Drive<br>Vermilion, OH 44089, | ) <br><br>) | Case No.<br><br>Judge |
| Plaintiff, | ) | NOTICE OF REMOVAL |
| v. | ) | |
| VERMILION TOWNSHIP<br>1907 State Road<br>Vermilion, OH 44089, | )<br><br>) | |
| Defendant. | ) | |

* * * * * * *

Defendant, Vermilion Township ("Defendant"), appears for the purposes of removal and states:

1. Defendant wishes to exercise its rights under the provisions of 28 U.S.C. §1441 *et seq.* to remove this action from the Court of Common Pleas of Erie County, Ohio, in which this case is now pending under the style of *Robert Baker v. Vermilion Township*, Case No. 2022 CV 0500, Erie County Court of Common Pleas. Defendant is contemporaneously filing a copy of this Notice of Removal with the Erie County Court of Common Pleas.

2. This is a civil action over which this Court has original jurisdiction arising under the provisions of 28 U.S.C. §1331 *et seq.*, federal question jurisdiction, and is an action which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a). Plaintiff, Robert Baker ("Plaintiff"), asserts in his Complaint that Defendant unlawfully discriminated and terminated his employment in violation of "the Americans with Disabilities Act of 1990, the ADA Amendments of Act of 2008, and Final Rule implementation" (together, "ADA"), and in violation of the Family and Medical Leave Act ("FMLA"). In accordance with 28 U.S.C. §1441(c), the entire pending action should be removed, including joinder of Plaintiff's state law claims.

3. This Notice of Removal is being filed within 30 days after Defendant received a copy of the Complaint filed by Plaintiff, and it is timely in accordance with 28 U.S.C. §1446(b). Defendant's time to move, plead, or answer with respect to the Complaint has not expired. Pursuant to 28 U.S.C. §1446(a), copies of all documents available on the Erie County Court of Common Pleas Court's docket in this matter as of this filing are attached hereto as Exhibit A-C.

4. All defendants have consented to and join in this removal in compliance with 28 U.S.C. §1446(b). Defendant is the only named defendant.

> Respectfully submitted,
>
> */s/ Jennifer A. McHugh*
> Teresa L. Grigsby (0030401)
> Email: tgrigsby@snlaw.com
> Telephone: (419) 252-6261
> Jennifer A. McHugh (0084842)
> Email: jmchugh@snlaw.com
> Telephone: (419) 252-6233

SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio 43604-2622
Facsimile: (419) 241-8599

and

Jason R. Hinners (0077051)
Assistant Erie County Prosecutor
Erie County Prosecutor's Office
247 Columbus Ave., Suite 319
Sandusky, OH 44870
Telephone: (419) 627-7697
Facsimile: (419) 6277567
Email: jhinners@eriecounty.oh.gov

*Attorneys for Defendant, Vermilion Township*

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 12th day of January, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This is further to certify that a copy of the foregoing also has been electronically served upon counsel on this 12th day of January, 2023, as follows:

Robert J. Gargasz, Esq.
1670 Cooper Foster Park Road
Lorain, OH 44053
rjgargasz@gmail.com

Attorney for Plaintiff

*/s/ Jennifer A. McHugh*
Jennifer A. McHugh

613750