IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF OHIO

Robert Baker

    Plaintiff,

Vermilion Township

    Defendant.

Case No.: 3:23-CV-00061

Judge James G. Carr

## STIPULATION OF DISMISSAL

We the undersigned hereby stipulate to the dismissal of all claims pending in the above captioned action pursuant to Rule 41 of Civil Procedure.

_____
Robert J. Gargasz, Esq. (0007136)
rjgargasz@gmail.com
Attorney for the Plaintiff

_____
Jennifer A. McHugh, Esq.
jmchugh@snlaw.com
Attorney for the Defendant

_____
Jason R. Hinners, Esq.
jhinners@eriecounty.oh.gov
Attorney for the Defendant

## Proof of Service

A true copy of this Stipulation of Dismissal has been sent by email this ____ day of April, 2023 to:

Jason R. Hinners, Esq.
jhinners@eriecounty.oh.gov

Jennifer A. McHugh, Esq.
jmchugh@snlaw.com

_____
Robert J. Gargasz, Esq. (0007136)
Attorney for Plaintiff

 Robert J. Gargasz <rjgargasz@gmail.com>

## Stipulation of dismissal (3:23-cv-00061)
2 messages

**Robert J. Gargasz** <rjgargasz@gmail.com>     Thu, Apr 13, 2023 at 2:37 PM
To: jhinners@eriecounty.oh.gov, Jennifer McHugh <jmchugh@snlaw.com>

Counsel

I am forwarding a Stipulation of Dismissal for your consideration as requested of me by the Court. If all is acceptable, please execute the same and forward to me for filing with the Court.

Thank you.
--
Robert J. Gargasz, Esq.
Robert J. Gargasz Co., L.P.A.
1670 Cooper Foster Park Road
Lorain, Ohio 44053
(440) 960-1670
(440) 960-1754 Facsimile
rjgargasz@gmail.com

 **Baker Stipulation of Dismissal.pdf**
183K

---

**Jennifer McHugh** <jMcHugh@snlaw.com>     Thu, Apr 13, 2023 at 3:33 PM
To: "Robert J. Gargasz" <rjgargasz@gmail.com>
Cc: "jhinners@eriecounty.oh.gov" <jhinners@eriecounty.oh.gov>, Teresa Grigsby <tgrigsby@snlaw.com>

Mr. Gargasz,

We approve your filing the attached Stipulation, which is the draft you provided with my signature added.

Since Mr. Hinners is co-counsel for Defendant with us, we don't think you would need his additional signature since we've already signed on Defendant's behalf, so we would consent to your removing his signature line from the attached Stipulation.

Thanks,

Jenny



Jennifer A. McHugh

Spengler Nathanson P.L.L.
900 Adams Street
Toledo, Ohio 43604
jmchugh@snlaw.com
http://www.snlaw.com

Phone: **(419) 252-6233**

CONFIDENTIALITY NOTICE: This transmission is intended only for the addressee shown above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not read, copy, or use it, and do not disclose it to others. Please notify the sender of the delivery error by replying to this message and then delete it from your system.

[Quoted text hidden]

 626602.PDF
30K