The stipulation of case dismissal granted pursuant to Rule 41.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF OHIO

Robert Baker

    Plaintiff,

Vermilion Township

    Defendant.

Case No.: 3:23-CV-00061

Judge James G. Carr

STIPULATION OF DISMISSAL

We the undersigned hereby stipulate to the dismissal of all claims pending in the above captioned action pursuant to Rule 41 of Civil Procedure.

_____
Robert J. Gargasz, Esq. (0007136)
rjgargasz@gmail.com
Attorney for the Plaintiff

_____
Jennifer A. McHugh, Esq.
jmchugh@snlaw.com
Attorney for the Defendant

_____
Jason R. Hinners, Esq.
jhinners@eriecounty.oh.gov
Attorney for the Defendant

**Proof of Service**

A true copy of this Stipulation of Dismissal has been sent by email this ____ day of April, 2023 to:

Jason R. Hinners, Esq.
jhinners@eriecounty.oh.gov

Jennifer A. McHugh, Esq.
jmchugh@snlaw.com

_____
Robert J. Gargasz, Esq. (0007136)
Attorney for Plaintiff